UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY GEORGE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RALPH DIAZ, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-03244-SI<br><br>**ORDER EXTENDING DEADLINE FOR AMENDED COMPLAINT**<br><br>Re: Dkt. No. 10 |

Plaintiff's request for an extension of the deadline to file an amended complaint is GRANTED. Docket No. 10. Plaintiff must file his amended complaint no later than **August 20, 2020.**

**IT IS SO ORDERED**.

Dated: July 7, 2020

　　　　　　　　　　　　　　　　　　　　　／s／ Susan Illston
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge