UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY GEORGE,<br><br>   Plaintiff,<br><br>   v.<br><br>RALPH DIAZ, et al.,<br><br>   Defendants. | Case No. 20-cv-03244-SI<br><br>**ORDER DENYING REQUEST FOR EXTENSION OF TIME TO FILE A NOTICE OF APPEAL**<br><br>Re: Dkt. No. 20 |

Plaintiff filed a "notice of intent to file a notice of appeal and motion for extension of time to file a notice of appeal" of the order denying the motion for reconsideration as well as earlier orders in this action. Docket No. 20. Plaintiff's request for an extension of the deadline to file a notice of appeal is DENIED. Docket No. 20. Plaintiff did not show "excusable neglect or good cause" for missing the deadline to file a notice of appeal from the December 4, 2020, order denying the motion for reconsideration. *See* Fed. R. App. P. 4(a)(5)(A). Plaintiff also did not show that he did not receive timely notice of the entry of the order of dismissal and judgment on August 24, 2020, or any other earlier order such that the court could reopen the time to file an appeal from any of those orders or the judgment. *See* Fed. R. App. P. 4(6)(A).

**IT IS SO ORDERED**.

Dated: February 5, 2021

SUSAN ILLSTON
United States District Judge